STATE OF NEBRASKA, APPELLEE, v. EUGENE PRATT, APPELLANT.

206 N. W. 2d 45

Filed April 13, 1973. No. 38708.

Frank B. Morrison, Sr., and Bennett G. Hornstein, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold Mosher, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

McCOWN, J.

The sole issue here involves the validity of indeterminate sentences as affected by section 83-170, R. R. S. 1943, and section 83-1,105, R. S. Supp., 1972.

The case is controlled by State v. Suggett, 189 Neb. 714, 204 N. W. 2d 793. The judgment is affirmed. See Rule 20.

AFFIRMED.